**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 09-cr-00332-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. KRISTEN PARKER

 Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE AND COVER SHEET**

---

**Blackburn, J.**

 The attached **Juror Questionnaire** is approved for use in the trial of this case.

 **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be completed by each prospective juror reporting for service in the trial of this case.

 Dated September 23, 2009 at Denver, Colorado.

              BY THE COURT:

              */s/ Robert E. Blackburn*
              Robert E. Blackburn
              United States District Judge