**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00332-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KRISTEN PARKER,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On September 30, 2009, the Probation Department requested a continuance of the December 11, 2009, sentencing hearing in this case.  The request is unopposed by counsel.  Therefore,

      **IT IS ORDERED** as follows:

1.      That the Probation Department's unopposed request to continue sentencing is **GRANTED;** and

2.      That a telephonic setting conference shall be held on **October 13, 2009,** at 10:00 a.m. at which time the sentencing hearing shall be reset to a date after January 15, 2010; provided furthermore, that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  October 5, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.