# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00332-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KRISTEN PARKER,

    Defendant.

---

## MINUTE ORDER[1]

---

    This matter comes before the court on the following motions: (1) the **Crime Victims' Motion for Leave to Intervene and to Proceed Annonymously** (sic) **Through the Use of Pseudonyms** [#37][2] filed December 9, 2009; (2) the **Crime Victims' Petition for Disclosure of Certain Material Related to the Grand Jury Investigation of Defendant Kristen Parker** [#38] filed December 9, 2009; and (3) the **Crime Victims' Motion to Participate in the Debriefing, Blood Testing, and Polygraph Testing of Defendant Kristen Parker Scheduled to Commence on December 16, 2009** [#39] filed December 9, 2009.

    **IT IS ORDERED** as follows:

    1.  That by 12:00 p.m. (noon) on **December 15, 2009**, the government shall file a response to the **Crime Victims' Motion for Leave to Intervene and to Proceed Annonymously** (sic) **Through the Use of Pseudonyms** [#37] filed December 9, 2009, and the **Crime Victims' Motion to Participate in the Debriefing, Blood Testing, and Polygraph Testing of Defendant Kristen Parker Scheduled to Commence on December 16, 2009** [#39] filed December 9, 2009;

    2.  That on **December 15, 2009**, commencing at 2:30 p.m., reserving the balance of the afternoon, the court shall conduct a hearing on the issues raised by and inherent

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

to the **Crime Victims' Motion for Leave to Intervene and to Proceed Annonymously (sic) Through the Use of Pseudonyms** [#37] filed December 9, 2009, and the **Crime Victims' Motion to Participate in the Debriefing, Blood Testing, and Polygraph Testing of Defendant Kristen Parker Scheduled to Commence on December 16, 2009** [#39] filed December 9, 2009;

     3.  That by **January 5, 2010**, the government shall file a response to the **Crime Victims' Petition for Disclosure of Certain Material Related to the Grand Jury Investigation of Defendant Kristen Parker** [#38] filed December 9, 2009; and

     4.  That by **January 18, 2010**, the putative intervenors/crime victims, if permitted to intervene, shall file their reply to the government's response to the **Crime Victims' Petition for Disclosure of Certain Material Related to the Grand Jury Investigation of Defendant Kristen Parker** [#38].

     Dated:  December 11, 2009