## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 09-cr-00332-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KRISTEN PARKER,

    Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court *sua sponte*. A Status Conference is set for **February 5, 2010**, at 8:30 a.m., in courtroom A1001, Alfred A Arraj Courthouse, 901 19th Street, Denver, Colorado.

    Dated: January 22, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.