IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date: February 5, 2010

Deputy Clerk: Bernique Abiakam
Court Reporter: Suzanne Claar
Probation Officer: Elizabeth Oppenheimer

**Criminal Action No. 09-cr-00332-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Pena |
| Plaintiff, | |
| v. | |
| 1. KRISTEN PARKER, | Gregory Graf |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**8:33 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Opening statements by the court.

8:34 a.m.   Statement by Mr. Graf.

8:36 a.m.   Defendant is sworn.

Defendant is 27 years old, alert, competent, literate, and sober.

The Court advises Defendant, as specified on the record.

The Court enters the findings of fact and conclusions of law, as specified on the record.

*09-cr-00332-REB*
*Status Conference*
*February 5, 2010*

**IT IS ORDERED** as follows:

1. That the Defendant's Request to proceed to sentencing is received, accepted and approved.

2. That the matter is continued to **February 24, 2010, at 1:30 p.m.**, for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

3. That defendant is remanded to the custody of the United States Marshal.

**8:55 a.m.    Court in recess.**
Hearing concluded.
Total time in court:   00:22