IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00332-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KRISTEN PARKER,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Government's Unopposed Motion to Disclose Investigative Material and Otherwise Private Health Information of the Defendant to Victims, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i) and 16(d)(1), which discovery may also be subject to the Health Insurance Portability and Accountability Act of 1996 and implementing regulations at 45 C.F.R. Parts 160 and 164 (collectively, "HIPAA").

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that the medical records of the defendant obtained pursuant to the grand jury investigation may be disclosed to the victims who have been confirmed by genetic sequencing as having been infected with Hepatitis C by the defendant, and their respective attorneys. It is further ordered that discovery subject to the Health Insurance Portability and Accountability Act of 1996 and implementing regulations at 45 C.F.R. Parts 160 and 164 (collectively, "HIPAA") may be disclosed to the victims and their attorneys.

DATED February 24, 2010.

                        BY THE COURT:

                        Robert E. Blackburn
                        United States District Judge